UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

       Plaintiff,

v.

URBAN PHILADELPHIA LIBERTY      Case No. 2:18-cv-3845-CMR
BUILDING, LLC, a Delaware Limited
Liability Company,

       Defendant.
_____/

## NOTICE OF UNAVAILABILITY

Lawrence A. Fuller, counsel for Plaintiff, Helen Swartz, Individually, hereby serves notice upon the Court and all counsel that he will be unavailable (on vacation out of the country) **from May 14, 2019 through June 7, 2019,** and respectfully requests that no matters be scheduled or action taken to which he must respond during the time period set forth herein.

Dated: March 12, 2019

Respectfully submitted,

*/s/ Lawrence A. Fuller*
Lawrence A. Fuller, Esq. (LF5450)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
lfuller@fullerfuller.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of March, 2019, the foregoing was filed via the Court's CM/ECF system, which will automatically notice counsel for Defendant:

Michael R. Miller, Esq.
mmiller@margolisedelstein.com
Christopher J. Gilligan, Esq.
cgilligan@margolisedelstein.com
Margolis Edelstein
Curtis Center, Suite 400E
170 S. Independence Mall West
Philadelphia, PA 19106-3337

*/s/  Lawrence A. Fuller*
Lawrence A. Fuller, Esq., *pro hac vice*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Lfuller@fullerfuller.com