UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

HELEN SWARTZ, Individually,

        Plaintiff,

v.

URBAN PHILADELPHIA LIBERTY     Case No. 2:18-cv-3845-CMR
BUILDING, LLC, a Delaware Limited
Liability Company,

        Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE,

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

**FOR THE PLAINTIFF:**

_/s/ David S. Dessen_
David S. Dessen, Esq.
ddessen@dms-lawyer.com
Dessen Moses & Rossitto
600 Easton Road
Willow Grove, PA 19090
215-658-1400

Lawrence A. Fuller, Esq. (LF5450)
lfuller@fullerfuller.com
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard - Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505

Dated: May ___, 2019

**FOR THE DEFENDANT:**

_/s/ Christopher Gilligan_
Christopher J. Gilligan, Esq.
Gillitgan@margolisedelstein.com
Michael Ronald Miller, Esq.
mmiller@margolisedelstein.com
Margolis Edelstein
170 S. Independence Mall West
Curtis Center – Suite 400 E
Philadelphia, PA 19106
Telephone: (215) 922-1100

Dated: May 21, 2019